IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-03274-PAB-CBS | Date: December 1, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                  *Counsel:*

BRANDON SWEET,                              Thomas Tasker

Plaintiff,

v.

CINCINNATI INSURANCE COMPANY,    Colin Campbell

Defendant,

v.

INJURY FINANCE, LLC,                          Matthew Holycross

Movant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  MOTION HEARING**
**Court in session: 01:29 a.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the Court in regards to MOTION [30] for Protective Order Pursuant to Fed.R.Civ.P. 26 and to Quash Subpoena Pursuant to Fed.R.Civ.P. 45.

**ORDERED:**     MOTION [30] for Protective Order Pursuant to Fed.R.Civ.P. 26 and to Quash Subpoena Pursuant to Fed.R.Civ.P. 45 is **GRANTED** on a limited basis.  The Court will issue an order precluding Cincinnati Insurance from obtaining any discovery relating to evidence of dollar amounts paid by Injury Finance to Mr. Sweet's doctors.  This order will not preclude Cincinnati Insurance from seeking additional discovery on a post-judgment basis.

HEARING CONCLUDED.
**Court in recess: 02:03 p.m.**
Total time in court: 00:34

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.